**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ALFREDO FABIAN TORRES-MORENO,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-22-438-G** |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT; and TAE D. JOHNSON, acting director,** | ) | |
| **Defendants.** | ) | |

**JUDGMENT**

In accordance with the Court's Order issued this same date, this matter is DISMISSED WITHOUT PREJUDICE.

ENTERED this this 22nd day of September, 2022.

CHARLES B. GOODWIN
United States District Judge